UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: **09-22853-CIV-MORENO**

EMILIO PINERO,

    Plaintiff,

vs.

FLORIDA SHOPPING CENTER, INC.,

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL

THIS CAUSE came before the Court upon the parties' joint stipulation for dismissal with prejudice.

THE COURT has considered the stipulation and the pertinent portions of the record, and is otherwise fully advised in the premises. It is

**ADJUDGED** that this Cause is **DISMISSED** with prejudice.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of May, 2010.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record